CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM APRIL 11, TO MAY 31, 1910.

No. 152.   THOMAS D. WILCOXON, PLAINTIFF IN ERROR, *v.* MITCHELL H. WILCOXON. MARTHA E. LEMON AND MARY D. PROCTOR.   In error to the Supreme Court of the State of Illinois.   April 11, 1910.   Dismissed with costs, pursuant to the tenth rule.   *Mr. H. T. Wilcoxon* for the plaintiff in error.   *Mr. J. A. Crain* for the defendants in error.

---

No. 163.   C. R. SMITH, PLAINTIFF IN ERROR, *v.* ARMOUR PACKING COMPANY.   In error to the United States Circuit Court of Appeals for the Eighth Circuit.   April 15, 1910.   Dismissed with costs pursuant to the tenth rule. *Mr. S. T. Bledsoe* for the plaintiff in error.   No appearance for the defendant in error.

---

No. 885.   SECUNDINO MENDEZONA, PLAINTIFF IN ERROR, *v.* THE UNITED STATES.   In error to the Supreme Court of the Philippine Islands.   April 18, 1910.   Docketed and dismissed on motion of *Mr. Solicitor General Bowers* for the defendant in error.   *The Attorney General* for the defendant in error.   No one opposing.